No. 6258.—UNITED THEATRES INC., aplte., v. RODRÍGUEZ VDA. MATIENZO, ETC., aplda.—C. D. San Juan. Febrero 1, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes y no estando convencido el tribunal de que la presente apelación sea frívola, no ha lugar a la desestimación solicitada.

No. 5858.—DE LA TORRE & RAMÍREZ, apldos., v. BENGOECHEA, aplte.—C. D. San Juan. Febrero 10, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, estando señalada la vista del caso en su fondo para el día 20 ·de abril, y no habiendo demostrado la parte promovente que todas y cada una de las diez cuestiones planteadas en el alegato del apelante sean claramente frívolas, no ha lugar por ahora a la ·desestimación solicitada.

No. 6265.—TRUYOL, apldo., · v. VÁZQUEZ, aplte.—C. D. Guayama. Marzo 7, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, en un incidente sobre nulidad ·de embargo el demandado alegó un derecho de *homestead;*

POR CUANTO, la corte inferior resolvió que ascendiendo la reclamación a menos de quinientos dólares la jurisdicción para resolver si existía tal derecho de *homestead* correspondía a una corte municipal;

POR CUANTO, la cuestión relativa a qué corte incumbe la resolución de tal cuestión no está desprovista de mérito;

POR TANTO, no ha lugar a la desestimación solicitada.